UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF MISSOURI

EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.   10-53090 |
| Tyzer Egerson | ) | |
| Debtor(s), | ) | Chapter 13 |
| | ) | |

## MOTION TO RETAIN TAX REFUND

**PLEASE TAKE NOTICE: ANY RESPONSIVE PLEADING IN OPPOSITION OF THIS MOTION MUST BE FILED IN WRITING NOT LATER THAN TWENTY ONE (21) DAYS FROM THE DATE OF SERVICES OF THIS MOTION AS SHOWN ON THE CERTIFICATE OF SERVICE. THE RESPONSE MUST BE IMMEDIATELY SERVED UPON THE UNDERSIGNED AND UPON ALL ENTITIES DESCRIBED IN L.B.R.9013-1A. THE COURT MAY GRANT THE MOTION WITHOUT FURTHER NOTICE TO ANY PARTY  UPON EXPIRATION OF THE RESPONSE PERIOD IF NO RESPONSE IS FILED. IF A RESPONSE OR OBJECTION IS FILED, THE MOVANT SHALL SET THE MATTER FOR HEARING AND PROVIDE NOTICE THEREOF TO THE RESPONDENT AND ALL ENTITIES DESCRIBED IN L.B.R. 9013-1A.**

COMES NOW Debtor, by and through Debtor's attorney and state as follows:

1.      Debtor will receive a tax refund for 2010 in the amount of $4,180.00 from the Federal Tax Return and $813.00 from the Missouri Tax Return.

2.      Debtor wishes to retain the tax refund to pay St Louis County for personal and real estate taxes.  Debtor owes $2553.25 for real estate taxes and $146.84 for personal property taxes.  Debtor intends to pay the remaining funds to the Chapter 13 Trustee of the tax refund.

        WHEREFORE, Debtors pray for an Order of this court allowing Debtor to retain $2700.09 of his 2010 tax refund.

RESPECTFULLY SUBMITTED,
Farrell Law Firm
By:____/s/ Margaret Farrell_____
Margaret Farrell, EDMO #537011; MO #58798
13610 Barrett Office Dr, Ste 203
Manchester, MO 63021
314-965-1800
Fax: 314-529-3438
margaret@farrelllawoffices.com

## CERTIFICATE OF SERVICE

The undersigned certifies that a true copy of the above was sent either electronically or by U.S. Mail, First Class, postage pre-paid to the following on March 24, 2011.

/s/ Margaret Farrell

John V. LaBarge, Jr.
Chapter 13 Trustee
P.O. Box 430908
St. Louis, MO 63143

| | | |
|---|---|---|
| AMERICAN GENERAL<br>1951 OX BOW<br>ST. LOUIS, MO 63138 | beneficial<br>p.o. box 4153-k<br>carol stream, IL 60197 | capital one<br>p.o. box 60599<br>city of industry, CA 91716 |
| CBCS<br>POB 69<br>Columbus, OH 43216 | Charter Communications<br>POB 790086<br>Saint Louis, MO 63179 | citi financial<br>p.o. box 6931<br>the lakes, NV 88901 |
| Credit Collection Services<br>Two Wells Ave Dept 9134<br>Newton Center, MA 02459 | Dunn and Miller<br>13321 N Outer 40 #100<br>Chesterfield, MO 63017 | hsbc<br>p.o. box 5222<br>carol stream, IL 60197 |
| HSBC MORTGAGE<br>1951 OX BOW<br>ST.LOUIS, MO 63138 | HSBC MORTGAGE<br>1951 OX BOW<br>ST. LOUIS, MO 63138 | TITLEMAX<br>1951 OX BOW<br>ST. LOUIS, MO 63138 |
| United Collect Bur<br>POB 130190<br>Toledo, OH 43614 | us bank<br>p.o. box 790408<br>st.louis, MO 63179 | |